**Order entered August 14, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00506-CV

## IN THE INTEREST OF C.V.L., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-17-01086-W**

## ORDER

Before the Court is appellant's August 13, 2019 motion for an extension of time to file

his brief on the merits. We **GRANT** the motion and extend the time to **August 19, 2019**.

/s/     KEN MOLBERG
        JUSTICE